IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| VIKKI A. WISE,<br><br>      Plaintiff,<br><br>vs.<br><br>KIND & KNOX GELATIN, INC.,<br><br>      Defendant. | **No. 03-CV-4010-DEO**<br><br>**ORDER** |

Based upon the opinion and judgment from the Eighth Circuit Court of Appeals which was filed with this Court on January 3, 2006 (Docket Nos. 49 and 50), and the direction provided in the opinion which states:

> Therefore, we hold UNUM did not abuse its discretion in denying Wise's claim for long term disability benefits.
>
> For the foregoing reasons, we reverse the judgment of the district court.

**IT IS THEREFORE HEREBY ORDERED** that the Clerk of Court shall enter a judgment reversing the previous judgment of this Court in accordance with the ruling from the Eighth Circuit Court of Appeals, which holds that UNUM did not abuse is

discretion in denying Wise's claim for long term disability benefits.

**IT IS SO ORDERED** this 5th day of January, 2006.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa