IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| VIKKI A. WISE, | ) | |
| | ) | |
| Plaintiff, | ) | No. C03-4010-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ON REMAND |
| KIND & KNOX GELATIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court upon remand from the Eighth Circuit Court of Appeals.

**PURSUANT TO INSTRUCTIONS FROM THE EIGHTH CIRCUIT COURT OF APPEALS, IT IS ORDERED AND ADJUDGED That** the judgment of the district court is reversed .

**IT IS THEREFORE ORDERED AND ADJUDGED**

Plaintiff, Vikki A. Wise, take nothing from Defendant, Kind & Knox Gelatin, Inc.


Dated: January 5, 2006          PRIDGEN J. WATKINS
                                Clerk

                                _s/ des_____
                                (By) Deputy Clerk


69 / 17